NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS INC., <br><br> Plaintiff, <br><br> v. <br><br> LOUISE PARIS LTD., *et al.*, <br><br> Defendants . | Case No.: CV 14-4474 PA (MANx) <br> *Honorable Percy Anderson Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed *without* prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreements that gave rise to this dismissal; and

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

.

SO ORDERED.

Dated: April 29, 2015   By: _____
　　　　　　　　　　　　　　　HON. PERCY ANDERSON

**JS-6**